UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA HOLT,
    Plaintiff,

vs.                                    Case No.:  3:25cv567/LC/ZCB

J. HARTLINE, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 18, 2025.  (Doc. 17).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 17) is adopted and incorporated by reference in this order.

2.    Plaintiff's Fourteenth Amendment due process claims are **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim on which relief may be granted.

3.  Plaintiff's § 1983 conspiracy claims are **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim on which relief may be granted.

4.  This case is recommitted to the magistrate judge for further proceedings on the First Amendment and Eighth Amendment claims asserted in Plaintiff's third amended complaint (Doc. 16).

**DONE AND ORDERED** this 19th day of December, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**