UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA HOLT,

v.                                              Case No.: 3:25cv567-TKW-ZCB

J. HARTLINE, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  May 22, 2026
Type of Motion/Pleading: Motion for Extension
Filed by:  Plaintiff                on 5/22/2026    Doc.        41

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 22nd day of May 2026:

For good cause shown, Plaintiff's motion for extension of time (Doc. 41) is **GRANTED**.  Plaintiff's response to the motion to dismiss (Doc. 39) is due within **thirty days** of the date of this order.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1